No. 507. HAIGHT & FREESE COMPANY, PETITIONER, v.
ANNA L. H. WEISS, ADMINISTRATRIX, ETC., ET AL. Decem-

ber 9, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Albert I. Sire* for petitioner. No appearance for respondent.